# **EXHIBIT C**

| (12) | United States Design Patent | (10) Patent No.: | US D474,364 S |
|---|---|---|---|
| | Arcieri | (45) Date of Patent: ∗∗ | May 13, 2003 |

(54) **ANTI-WRINKLE PILLOW**

(75) Inventor: **Antonio Arcieri**, Fort Lauderdale, FL (US)

(73) Assignee: **Banyan Licensing LC**, Ft. Lauderdale, FL (US)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/153,847**

(22) Filed: **Nov. 7, 2001**

(51) **LOC (7) Cl.** .................................................. **06-09**
(52) **U.S. Cl.** ..................................................... **D6/601**
(58) **Field of Search** ......................... D6/356, 595, 596, D6/597, 598, 601, 604, 11, 612, 630, 632, 633, 636, 637, 638, 640, 644, 652, 652.1, 653, 654, 655, 655.3, 655.4, 655.5, 655.9, 656, 657.5, 907, 945; 224/153, 155, 584, 907; 297/129, 180.11, 188.2, 188.12, 195.1, 199, 219.1, 225, 228.1, 229, 452.41

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,700,779 | A | | 2/1955 | Tolkowsky |
| 3,851,347 | A | | 12/1974 | Ashley |
| D241,700 | S | * | 10/1976 | Wattie ........................ D6/601 |
| 4,345,347 | A | | 8/1982 | Kantor |
| 4,788,728 | A | | 12/1988 | Lake |
| 4,908,893 | A | | 3/1990 | Smit |
| 4,996,734 | A | | 3/1991 | Rowe |
| 5,054,143 | A | | 10/1991 | Javaher |
| 5,084,928 | A | | 2/1992 | Skillington |
| D342,411 | S | * | 12/1993 | Graebe ........................ D6/596 |
| 5,333,921 | A | * | 8/1994 | Dinsmoor, III ................ 5/653 |
| 5,390,384 | A | * | 2/1995 | Dinsmoor, III et al. ......... 5/654 |
| 5,395,162 | A | * | 3/1995 | Jay et al. ...................... 5/654 |
| 5,457,833 | A | * | 10/1995 | Jay .............................. 5/654 |
| D367,199 | S | * | 2/1996 | Graebe ........................ D6/596 |
| 5,537,703 | A | | 7/1996 | Launder et al. |
| D375,863 | S | * | 11/1996 | Bigolin ........................ D6/596 |
| 5,613,257 | A | * | 3/1997 | Graebe .......................... 5/653 |
| D386,035 | S | * | 11/1997 | Matsler et al. ............... D6/601 |
| D386,036 | S | * | 11/1997 | Laidlaw ....................... D6/601 |
| 5,845,352 | A | * | 12/1998 | Matsler et al. ................ 5/654 |
| D404,237 | S | | 1/1999 | Boyd |
| D463,701 | S | * | 10/2002 | Borcherding et al. ........ D6/601 |

* cited by examiner

*Primary Examiner*—Doris V. Coles
*Assistant Examiner*—T. Chase Nelson
(74) *Attorney, Agent, or Firm*—Alston & Bird LLP

(57) **CLAIM**

The ornamental design for an anti-wrinkle pillow, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of an anti-wrinkle pillow showing a first embodiment of my new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a right side elevational view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a rear elevational view thereof; and,
FIG. **7** is bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**





FIG. 1.

Case 3:12-cv-00081-MOC-DCK   Document 1-3   Filed 02/08/12   Page 3 of 8

U.S. Patent    May 13, 2003    Sheet 2 of 6    US D474,364 S



FIG. 2.

Case 3:12-cv-00081-MOC-DCK   Document 1-3   Filed 02/08/12   Page 4 of 8



FIG. 3.

Case 3:12-cv-00081-MOC-DCK   Document 1-3   Filed 02/08/12   Page 5 of 8



FIG. 4.

FIG. 5.

Case 3:12-cv-00081-MOC-DCK   Document 1-3   Filed 02/08/12   Page 6 of 8



FIG. 6.

Case 3:12-cv-00081-MOC-DCK   Document 1-3   Filed 02/08/12   Page 7 of 8



FIG. 7.

Case 3:12-cv-00081-MOC-DCK    Document 1-3    Filed 02/08/12    Page 8 of 8