IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv81

| | |
|---|---|
| BANYAN LICENSING L.L.C. and GORDON RATHBUN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MEDILI TECHNOLOGY (H.K.) LIMITED, | ) ) ) |
| Defendant. | ) ) |

ORDER

**THIS MATTER** is before the undersigned, upon plaintiffs' Motion for Default Judgment (#8). Having considered the motion and reviewed the pleadings, it appears that plaintiffs' are entitled to a default judgment against defendant Medili Technology (H.K.) Limited.

Therefore, the court will enter a default judgment against defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and permanently enjoins defendant from making, using, selling, offering to sell and/or importing in the United States products covered by any of the claims of U.S. Patent Nos. 6,574,809, 6,915,539, and D474,364, including but not limited to the CPAP Pillow products depicted in the exhibits to plaintiffs' Motion for Default Judgment. The court declines to awards attorney's fees, costs and expense.

**IT IS SO ORDERED.**

Signed: December 8, 2012

Max O. Cogburn Jr.
United States District Judge