IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case Number 3:12-CV-00081-MOC-DCK

| | |
|---|---|
| Gordon Rathbun, et al ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | ENTRY OF DEFAULT JUDGMENT |
| ) | |
| Medili Technology (H.K.) Limited ) | |
| Defendant ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default judgment by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default judgment against Medili Technology (H.K.) Limited.

IT APPEARING TO THE COURT that the named defendant Medili Technology (H.K.) Limited. Is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default judgment is hereby entered against Defendant Medili Technology (H.K.) Limited.

December 10, 2012

*Frank D. Johns*
Frank G. Johns, Clerk
United States District Court